UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD LEWIS BELL, SR.,

    Plaintiff,

v.   Case No. 5:14cv191/RV/CJK

R. P. TIFFT PAULIN,

    Defendant.
_____/

# O R D E R

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 22, 2014. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted as the opinion of the court.

    Accordingly, it is now **ORDERED** as follows:

    1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

    2. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §1915(e)(2)(B) as malicious for plaintiff's abuse of the judicial process and, alternatively, for plaintiff's failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**ORDERED** on this 23rd day of September, 2014.

                               /s/ *Roger Vinson*
                               **ROGER VINSON**
                               **SENIOR UNITED STATES DISTRICT JUDGE**